```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>     Plaintiff,<br><br>  vs.<br><br>Samer Salameh, et al<br><br>     Defendants | Case No. **2:08-cv-01920-MCE-KJM**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL NOVEMBER 18, 2008 FOR DEFENDANT SAMER SALAMEH TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Samer Salameh, by and through their respective attorneys of record, Scott N. Johnson; John D. Rochelle, stipulate as follows:

1. An extension of time has been previously obtained for Defendant Samer Salameh until October 30, 2008 to respond or otherwise plead reference to Plaintiff's complaint.

      2. Defendant Samer Salameh is granted an extension until November 18, 2008 to respond or otherwise plead reference to Plaintiff's complaint.

      3. Defendant Samer Salameh's response will be due no later than November 18, 2008.

   IT IS SO STIPULATED effective as of November 6, 2008

Dated:   November 6, 2008           ___/s/_____

                                        John D. Rochelle,

                                        Attorney for Defendant Samer Salameh

Dated:   November 6, 2008           /s/Scott N. Johnson

                                        Scott N. Johnson,

                                        Attorney for Plaintiff

   **IT IS SO ORDERED:** that Defendant Samer Salameh shall have until November 18, 2008 to respond to complaint.

DATED: November 10, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com